REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Adela Del Carmen Sanchez-Arevalo,<br><br>Defendant. | NO.  CR-17-01458-PHX-DGC(DKD)<br><br>**INDICTMENT**<br><br>VIO: 8 U.S.C §§ 1324(a)(1)(A)(i) and (a)(1)(A)(v)(I).<br>(Conspiracy to Bring Illegal Alien to the United States) |

THE GRAND JURY CHARGES:

**CONSPIRACY TO BRING ILLEGAL ALIEN TO THE UNITED STATES**

Beginning on an unknown date, and continuing through on or about April 13, 2017, in Mesa, Arizona, in the District of Arizona and elsewhere, defendant, ADELA DEL CARMEN SANCHEZ-AREVALO, and others known and unknown to the Grand Jury, knowingly and intentionally agreed, confederated, and conspired with each other, and with others known and unknown to the Grand Jury, to bring to the United States an alien, namely John Doe, a juvenile, knowing that said person was an alien, at a place other than as designated by the Secretary of Homeland Security.

//

//

In violation of 8 U.S.C §§ 1324(a)(1)(A)(i) and (a)(1)(A)(v)(I).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: October 31, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

/s/
BRETT A. DAY
Special Assistant U.S. Attorney