ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
SEAN K. LOKEY
Assistant U.S. Attorney
California State Bar No. 211373
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: sean.lokey@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-17-01458-PHX-DGC |
|---|---|
| Plaintiff, | |
| v. | **INFORMATION** |
| Adela Del Carmen Sanchez-Arevalo | VIO: 8 U.S.C. § 1325(a)(2) and 18 U.S.C § 2 |
| | (Aid and Abet Aliens to Elude Examination) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

On or about April 13, 2017, at or near Mesa, Arizona, in the District of Arizona, Adela Del Carmen Sanchez-Arevalo, did aid and abet an alien to evade and elude examination and inspection by Immigration Officers of the United States of America; in violation of Title 8, United States Code, Section 1325(a)(2) and Title 18, United States Code, Sections 2.

Dated this 9th day of August, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

SEAN K. LOKEY
Assistant U.S. Attorney

- 8 -